**Fill in this information to identify your case:**

Debtor 1: Steve Valencia, Jr

Debtor 2 (Spouse, if filing):

United States Bankruptcy Court for the: EASTERN DISTRICT OF NEW YORK

Case number (If known):

Check if this is:
■ An amended filing
☐ A supplement showing postpetition chapter 13 income as of the following date:
_____
MM / DD/ YYYY

## Official Form 106I
## Schedule I: Your Income

12/15

Be as complete and accurate as possible. If two married people are filing together (Debtor 1 and Debtor 2), both are equally responsible for supplying correct information. If you are married and not filing jointly, and your spouse is living with you, include information about your spouse. If you are separated and your spouse is not filing with you, do not include information about your spouse. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

### Part 1: Describe Employment

1. **Fill in your employment information.**

   If you have more than one job, attach a separate page with information about additional employers.

   Include part-time, seasonal, or self-employed work.

   Occupation may include student or homemaker, if it applies.

   | | Debtor 1 | Debtor 2 or non-filing spouse |
   |---|---|---|
   | Employment status | ■ Employed<br>☐ Not employed | ☐ Employed<br>☐ Not employed |
   | Occupation | General Manager | |
   | Employer's name | Healthy Meals Direct | |
   | Employer's address | Manorville, NY 11950 | |
   | How long employed there? | 2 months | |

### Part 2: Give Details About Monthly Income

Estimate monthly income as of the date you file this form. If you have nothing to report for any line, write $0 in the space. Include your non-filing spouse unless you are separated.

If you or your non-filing spouse have more than one employer, combine the information for all employers for that person on the lines below. If you need more space, attach a separate sheet to this form.

|  |  | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|
| 2. | List monthly gross wages, salary, and commissions (before all payroll deductions). If not paid monthly, calculate what the monthly wage would be. | $ 4,996.33 | $ N/A |
| 3. | Estimate and list monthly overtime pay. | +$ 0.00 | +$ N/A |
| 4. | Calculate gross Income. Add line 2 + line 3. | $ 4,996.33 | $ N/A |

Debtor 1  Steve Valencia, Jr      Case number (if known)

|   |   |   | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|---|
|   | Copy line 4 here | 4. | $ 4,996.33 | $ N/A |
| 5. | List all payroll deductions: |   |   |   |
| 5a. | Tax, Medicare, and Social Security deductions | 5a. | $ 992.33 | $ N/A |
| 5b. | Mandatory contributions for retirement plans | 5b. | $ 0.00 | $ N/A |
| 5c. | Voluntary contributions for retirement plans | 5c. | $ 0.00 | $ N/A |
| 5d. | Required repayments of retirement fund loans | 5d. | $ 0.00 | $ N/A |
| 5e. | Insurance | 5e. | $ 0.00 | $ N/A |
| 5f. | Domestic support obligations | 5f. | $ 0.00 | $ N/A |
| 5g. | Union dues | 5g. | $ 0.00 | $ N/A |
| 5h. | Other deductions. Specify: | 5h.+ | $ 0.00 + | $ N/A |
| 6. | Add the payroll deductions. Add lines 5a+5b+5c+5d+5e+5f+5g+5h. | 6. | $ 992.33 | $ N/A |
| 7. | Calculate total monthly take-home pay. Subtract line 6 from line 4. | 7. | $ 4,004.00 | $ N/A |
| 8. | List all other income regularly received: |   |   |   |
| 8a. | Net income from rental property and from operating a business, profession, or farm  Attach a statement for each property and business showing gross receipts, ordinary and necessary business expenses, and the total monthly net income. | 8a. | $ 0.00 | $ N/A |
| 8b. | Interest and dividends | 8b. | $ 0.00 | $ N/A |
| 8c. | Family support payments that you, a non-filing spouse, or a dependent regularly receive  Include alimony, spousal support, child support, maintenance, divorce settlement, and property settlement. | 8c. | $ 0.00 | $ N/A |
| 8d. | Unemployment compensation | 8d. | $ 0.00 | $ N/A |
| 8e. | Social Security | 8e. | $ 0.00 | $ N/A |
| 8f. | Other government assistance that you regularly receive  Include cash assistance and the value (if known) of any non-cash assistance that you receive, such as food stamps (benefits under the Supplemental Nutrition Assistance Program) or housing subsidies.  Specify: | 8f. | $ 0.00 | $ N/A |
| 8g. | Pension or retirement income | 8g. | $ 0.00 | $ N/A |
| 8h. | Other monthly income. Specify: | 8h.+ | $ 0.00 + | $ N/A |
| 9. | Add all other income. Add lines 8a+8b+8c+8d+8e+8f+8g+8h. | 9. | $ 0.00 | $ N/A |
| 10. | Calculate monthly income. Add line 7 + line 9.  Add the entries in line 10 for Debtor 1 and Debtor 2 or non-filing spouse. | 10. | $ 4,004.00 + $ N/A = | $ 4,004.00 |
| 11. | State all other regular contributions to the expenses that you list in Schedule J.  Include contributions from an unmarried partner, members of your household, your dependents, your roommates, and other friends or relatives.  Do not include any amounts already included in lines 2-10 or amounts that are not available to pay expenses listed in Schedule J.  Specify: | 11. | +$ 0.00 |   |
| 12. | Add the amount in the last column of line 10 to the amount in line 11. The result is the combined monthly income. Write that amount on the Summary of Schedules and Statistical Summary of Certain Liabilities and Related Data, if it applies | 12. | $ 4,004.00 Combined monthly income |   |

13. Do you expect an increase or decrease within the year after you file this form?
    ■ No.
    ☐ Yes. Explain:

# Fill in this information to identify your case:

Debtor 1    Steve Valencia, Jr

Debtor 2
(Spouse, if filing)

United States Bankruptcy Court for the: EASTERN DISTRICT OF NEW YORK

Case number
(If known)

Check if this is:

■ An amended filing

☐ A supplement showing postpetition chapter 13 expenses as of the following date:

MM / DD / YYYY

## Official Form 106J
## Schedule J: Your Expenses                                          12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach another sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

### Part 1: Describe Your Household

1. **Is this a joint case?**

    ■ No. Go to line 2.
    ☐ Yes. Does Debtor 2 live in a separate household?
    
        ☐ No
        ☐ Yes. Debtor 2 must file Official Form 106J-2, *Expenses for Separate Household* of Debtor 2.

2. **Do you have dependents?**   ☐ No   ■ Yes   Fill out this information for each dependent..........

    Do not list Debtor 1 and Debtor 2.
    Do not state the dependents names.

| Dependent's relationship to Debtor 1 or Debtor 2 | Dependent's age | Does dependent live with you? |
|---|---|---|
| Son | 9 | ☐ No  ■ Yes |
|  |  | ☐ No  ☐ Yes |
|  |  | ☐ No  ☐ Yes |
|  |  | ☐ No  ☐ Yes |

3. **Do your expenses include expenses of people other than yourself and your dependents?**   ■ No   ☐ Yes

### Part 2: Estimate Your Ongoing Monthly Expenses

Estimate your expenses as of your bankruptcy filing date unless you are using this form as a supplement in a Chapter 13 case to report expenses as of a date after the bankruptcy is filed. If this is a supplemental *Schedule J*, check the box at the top of the form and fill in the applicable date.

Include expenses paid for with non-cash government assistance if you know the value of such assistance and have included it on *Schedule I: Your Income* (Official Form 106I.)

**Your expenses**

4. The rental or home ownership expenses for your residence. Include first mortgage payments and any rent for the ground or lot.                       4. $ 1,500.00

    If not included in line 4:

    4a. Real estate taxes                                                  4a. $ 0.00
    4b. Property, homeowner's, or renter's insurance                       4b. $ 0.00
    4c. Home maintenance, repair, and upkeep expenses                      4c. $ 25.00
    4d. Homeowner's association or condominium dues                        4d. $ 0.00
5. **Additional mortgage payments for your residence,** such as home equity loans   5. $ 0.00

Debtor 1   Steve Valencia, Jr                            Case number (if known) _____

6. Utilities:
   6a. Electricity, heat, natural gas                                      6a. $  145.00
   6b. Water, sewer, garbage collection                                    6b. $    0.00
   6c. Telephone, cell phone, Internet, satellite, and cable services      6c. $  250.00
   6d. Other. Specify: _____                                     6d. $    0.00
7. Food and housekeeping supplies                                          7.  $  560.00
8. Childcare and children's education costs                                8.  $    0.00
9. Clothing, laundry, and dry cleaning                                     9.  $  250.00
10. Personal care products and services                                    10. $  150.00
11. Medical and dental expenses                                            11. $  100.00
12. Transportation. Include gas, maintenance, bus or train fare.
    Do not include car payments.                                           12. $  560.00
13. Entertainment, clubs, recreation, newspapers, magazines, and books     13. $  160.00
14. Charitable contributions and religious donations                       14. $   40.00
15. Insurance.
    Do not include insurance deducted from your pay or included in lines 4 or 20.
    15a. Life insurance                                                    15a. $   0.00
    15b. Health insurance                                                  15b. $   0.00
    15c. Vehicle insurance                                                 15c. $ 145.00
    15d. Other insurance. Specify: _____                         15d. $   0.00
16. Taxes. Do not include taxes deducted from your pay or included in lines 4 or 20.
    Specify: _____                                               16. $    0.00
17. Installment or lease payments:
    17a. Car payments for Vehicle 1                                        17a. $   0.00
    17b. Car payments for Vehicle 2                                        17b. $   0.00
    17c. Other. Specify: _____                                   17c. $   0.00
    17d. Other. Specify: _____                                   17d. $   0.00
18. Your payments of alimony, maintenance, and support that you did not report as
    deducted from your pay on line 5, Schedule I, Your Income (Official Form 106I).  18. $   0.00
19. Other payments you make to support others who do not live with you.         $  400.00
    Specify: **Support of Children (voluntary)**                           19.
20. Other real property expenses not included in lines 4 or 5 of this form or on Schedule I: Your Income.
    20a. Mortgages on other property                                       20a. $   0.00
    20b. Real estate taxes                                                 20b. $   0.00
    20c. Property, homeowner's, or renter's insurance                      20c. $   0.00
    20d. Maintenance, repair, and upkeep expenses                          20d. $   0.00
    20e. Homeowner's association or condominium dues                       20e. $   0.00
21. Other: Specify: _____                                        21. +$   0.00

22. **Calculate your monthly expenses**
    22a. Add lines 4 through 21.                                                $ 4,285.00
    22b. Copy line 22 (monthly expenses for Debtor 2), if any, from Official Form 106J-2   $
    22c. Add line 22a and 22b. The result is your monthly expenses.             $ 4,285.00

23. **Calculate your monthly net income.**
    23a. Copy line 12 (your combined monthly income) from Schedule I.       23a. $  4,004.00
    23b. Copy your monthly expenses from line 22c above.                    23b. -$ 4,285.00

    23c. Subtract your monthly expenses from your monthly income.
         The result is your monthly net income.                             23c. $   -281.00

24. **Do you expect an increase or decrease in your expenses within the year after you file this form?**
    For example, do you expect to finish paying for your car loan within the year or do you expect your mortgage payment to increase or decrease because of a modification to the terms of your mortgage?

    ■ No.
    ☐ Yes.    Explain here: **Debtor has a pending matrimonial action in which child support payments have not yet been determined. In the interim, the debtor's son is presently residing with him through August 2019 at which time he will return to Georgia. The debtor has been contributing 400/month to the care of his other two children. This amount will increase to 750/mo in September 2019 unless set by Court Order prior to that time.**

Official Form 106J                          Schedule J: Your Expenses                                page 2